AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

James B. Skelton, a/k/a James Bennie Skelton
*Plaintiff*
v.                                  Civil Action No.    3:13-0465-MBS

United States Supreme Court
*Defendants*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff shall take nothing of the defendant and this case is dismissed without prejudice and without issuance and service of process.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge presiding.  The court having adopted the Report and Recommendation of Magistrate Judge Jacquelyn D. Austin to dismiss.

*CLERK OF COURT*

Date: April 23, 2013

s/Angie Snipes

*Signature of Clerk or Deputy Clerk*